# UNITED STATES DISTRICT COURT
for the
District of Maryland

AUSA n

☑ FILED   ☐ ENTERED
☐ LOGGED   ☐ RECEIVED

11:36 am, Feb 03 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

| | |
|---|---|
| United States of America<br>v.<br>Sarah Beth CLENDANIEL<br>and<br>Brandon Clint RUSSELL<br><br>*Defendant(s)* | Case No.  23-mj-00401-MJM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 12 through February 2, 2023  in the county of  Baltimore  in the
_____ District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1366 | Conspiracy to Destroy an Energy Facility |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

_Patrick W. Straub_
Complainant's signature

Patrick W. Straub, FBI, Special Agent
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:  2 2 23

Judge's signature

City and state:   Baltimore, Maryland      Hon. Matthew J. Maddox, U.S Magistrate Judge
Printed name and title