IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       *

vs.                            *      Case No.  23-mj-00401-MJM-1

Sarah Beth Clendaniel          *

******

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by ___Kirstin Hopkins (AFPD)_____, and the Government was represented by Assistant United States Attorney _____Kathleen Gavin (AUSA)_____, it is

**ORDERED,** this __6th__ day of __February__, __2023__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
J. Mark Coulson
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement